# UNITED STATES DISTRICT COURT

for the
Southern District of Ohio

| | |
|---|---|
| **ABC IP, LLC, a Deleware limited liability company, Rare Breed Triggers, Inc., a Texas Corporation and RBTM LLC, a Wyoming limited liability company** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) ) ) Civil Action No. 2:26-cv-00645-ALM-CMV |
| **Vance Outdoors Inc d/b/a Sportsmans Outdoor Superstore and Vance Outdoors, Vance Retail, LLC d/b/a Vance Outdoors, Michael Todd Vance, Kevin Chandler and Douglas Vance** | ) ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, David Feduchak, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Douglas Vance in Delaware County, OH on July 12, 2026 at 2:11 pm at 5879 Summer Ridge Ln, Galena, OH 43021-6900 by personal service by handing the following documents to an individual identified as Douglas Vance.

SUMMONS IN A CIVIL ACTION
1-10 - Summons Vance Outdoors Inc
CIVIL COVER SHEET
1-5 - Exhibit E- Patent 003
1-3 - Exhibit C- Patent 159
COMPLAINT FOR PATENT INFRINGEMENT
1-6 - Exhibit F- Patent 336
1-2 - Exhibit B- Patent 784
1-7 - Exhibit G- Patent 807
1-11 - Summons Vance Outdoors
1-4 - Exhibit D- Patent 223

1-8 - Exhibit H- Patent 403
1-1 - Exhibit A- Patent 247
2 - Corporate Disclosure Statement
7-1 - Summons Form Vance Retail
3 - AO 120
9 - Req for Summons C T Corp. (registered agent)
7 - Request for Summons
6 - Notice of Non-Issuance of Summons
AFFIDAVIT OF SERVICE
12-1 - Summons
8 - Vance Outdoors Summons
12 - Summons Issued
10 - Req for Summons ORL BIZ Agency (registered agent)
5 - Sealed Documents
4 - AO 120
11 - Proof of Service
16-1 - Proposed Summons Michael Vance
16 - Proposed Summons Michael Vance
20 - Issued Summons Michael Vance
15 - Proof of Service Vance Outdoors
18 - Proposed Summons Douglas Vance
17 - Proposed Summons Kevin Chandler
14 - Proof of Service Vance Outdoors
Race: White, Sex: Male, Est. Age: 45-54, Hair: Gray, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.2257602,-82.9447267
Photograph: See Exhibit 1


Total Cost: $234.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

_Franklin County_ ,

__OH__ on __7/14/2026__ .

/s/ *David Feduchak*

Signature
David Feduchak
+1 (614) 778-0599



Exhibit 1a)



Exhibit 1b)